ROGER J. STROLLO ET AL. *v.* MARIE T.
IANNANTUONI ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 53 Conn. App. 658 (AC 18551), is denied.

*Jeffrey J. Holley,* in support of the petition.

Decided September 9, 1999

---

STATE OF CONNECTICUT *v.* NICHOLAS RUSSO

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 781 (AC 19291), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Hugh F. Keefe,* in support of the petition.

Decided September 9, 1999